**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

CATHERINE J. ZANG, et al.    Case No. 1:11-cv-00884

    Plaintiffs    Dlott, C.J.
vs.    Bowman, M.J.

JOSEPH ZANG, et al.

    Defendants/Joseph Zang Third Party
    Plaintiff
vs.

DONALD ROBERTS
Third Party Defendant.

_____

JAVIER LUIS,    Case No. 1:12-cv-00629

    Plaintiff    Dlott, C.J.
        Bowman, M.J.
vs.

JOSEPH ZANG, et al.
Defendants.

**ORDER OF CONSOLIDATION**

    Upon review of the complaints, the two actions referenced above arise from the same set of facts and involve common questions of law, the claims should therefore be consolidated for purposes of judicial economy for all pretrial purposes.  Accordingly, for good cause shown, Defendants motions to consolidate (Doc. 41, Case No. 1:11-cv-00884; Doc. 92, Case No. 1:12-cv-629)  are herein **GRANTED** and the above-referenced cases

are herein **CONSOLIDATED** for all purposes under the LOWER DOCKET NUMBER, 1:11-cv-884. **ALL FUTURE FILINGS** shall be made in Consolidated Case No.1:11-cv-884.

    **IT IS SO ORDERED.**

                                                    *s/ Stephanie K. Bowman*
                                                    Stephanie K. Bowman
                                                    United States Magistrate Judge

-