UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CATHERINE J. ZANG, et al.,                 Lead Case No. 1:11-cv-884

      Plaintiffs                             Dlott, J.
                                       Bowman, M.J.

  v.

JOSEPH ZANG, et al.,

      Defendants

-------------------------------------------------------------------------

JAVIER LUIS,                              Case No. 1:12-cv-629

      Plaintiff,                            Dlott, J.
  v.                                            Bowman, M.J.

JOSEPH ZANG, et al.,

      Defendants.

### ORDER

Defense counsel having moved to strike four documents filed in Lead Civil Case No. 1:11-cv-884 by Plaintiff Javier Luis (Docs. 59, 65, 66, 67), but the parties subsequently having filed a stipulated agreement to withdraw and strike the same documents (Doc. 71), **IT IS ORDERED THAT** the motion to strike (Doc. 68) be **DENIED AS MOOT.**

                                                   *s/ Stephanie K. Bowman*
                                                   Stephanie K. Bowman
                                                   United States Magistrate Judge