UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CATHERINE J. ZANG, et al.,            Lead Case No. 1:11-cv-884

       Plaintiffs                 Dlott, J.
                                     Bowman, M.J.
  v.

JOSEPH ZANG, et al.,

       Defendants

------------------------------------------------------------------------

JAVIER LUIS,                                        Case No. 1:12-cv-629

       Plaintiff,                  Dlott, J.
  v.                                                    Bowman, M.J.

JOSEPH ZANG, et al.,

       Defendants.

## ORDER

On March 21, 2013, the parties filed a stipulation agreeing to strike three additional documents from the record (Docs. 68, 69, 70).[1]  Accordingly, **IT IS ORDERED THAT** the same documents (Doc. 68, 69, 70) be **STRICKEN.**

                                                  *s/ Stephanie K. Bowman*
                                                  Stephanie K. Bowman
                                                  United States Magistrate Judge

---

[1] The parties previously filed a stipulation striking four earlier-filed documents.  Since those documents also were the subject of a motion to strike, the Court denied the motion to strike as moot. (*See* Docs. 68, 73).