IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Catherine J. Zang, et al., :
:
      Plaintiff(s), :
: Case Number: 1:11cv884
vs. :
: Chief Judge Susan J. Dlott
Joseph Zang, et al., :
:
      Defendant(s). :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 29, 2013 a Report and Recommendation (Doc. 129).  Subsequently, plaintiff Javier Luis filed objections to such Report and Recommendation (Doc. 131) and defendant Awareness Technologies filed a response to the objections (Doc. 132).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, Mr Javier Luis's motion for leave file a second amended complaint in this case is **DENIED**, whether construed as a motion for leave for Mr. Luis to add his name as a Plaintiff in the lead case or whether construed as a motion to further amend his prior complaint in 1:12cv629.

      IT IS SO ORDERED.

      ___s/Susan J. Dlott_____
      Chief Judge Susan J. Dlott
      United States District Court