IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Catherine J. Zang, et al.,  :
                                    :
       Plaintiff(s),  :
                                    :   Case Number: 1:11cv884
   vs.  :
                                    :   Chief Judge Susan J. Dlott
Joseph Zang, et al.,  :
                                    :
       Defendant(s).  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 15, 2014 (Doc. 173), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 21, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the issue of Mr. Luis's motion for leave to proceed *in forma pauperis* is **MOOT** since his appeal was dismissed.

IT IS SO ORDERED.

                                                            ___s/Susan J. Dlott_____
                                                            Chief Judge Susan J. Dlott
                                                            United States District Court