UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CATHERINE ZANG, et al., | : | Civil Action No. 1:11CV00884 |
| | : | (Chief Judge Susan J. Dlott) |
| Plaintiffs | : | (Mag. Judge Stephanie Bowman) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH ZANG, et al., | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF DISMISSAL WITH PREJUDICE OF DEFENDANTS MARY JILL DONOVAN, MICHAEL McCAFFERTY, AND MARY JILL DONOVAN, LLC D/B/A DONOVAN LAW

Plaintiffs and Defendants Mary Jill Donovan, Michael McCafferty, and Mary Jill Donovan, LLC d/b/a Donovan Law, having resolved all matters in dispute between them, it is hereby ORDERED that this action is dismissed against said Defendants, with prejudice to refiling, each party to pay its own costs.

**SO ORDERED.**

Susan J. Dlott, Chief Judge
United States District Court – S.D. Ohio

**AGREED TO:**

*Jennifer Coriell /KAP per email auth. 12/3/14*

Jennifer L. Coriell, Esq.
The Law Office of Jennifer L. Coriell LLC
1900 Polaris Parkway, Suite 450
Columbus, Ohio  43240
*Attorney for Plaintiffs*


*Kimberly A.*

Kimberly A. Pramaggiore (0066618)
Kohnen & Patton LLP
201 East Fifth Street, Suite 800
Cincinnati, OH  45202
(513) 381-0656 – Telephone
(513) 381-5823 – Facsimile
*Attorney for Defendants Mary Jill Donovan,*
*Michael McCafferty and Donovan Law*


*Andrew Smith /KAP per email auth. 12/2/14*

Andrew M. Smith (*Pro Hac Vice*)
Smithbridge, LLP
2 Penn Center
1500 JFK Boulevard, Suite 900
Philadelphia, PA  19102
(215) 564-5291 – Telephone
*Attorney for Defendants Joseph C. Zang*
*and Joseph Zang Builders*


*Thomas Doyle /KAP per email auth. 12/1/14*

Thomas Patrick Dempsey Doyle
Freund Freeze & Arnold
105 East Fourth Street, Suite 1400
Cincinnati, OH  45202
*Attorney for Defendant Carla Bergmann*

*Charles Ashdown /KAP per email auth. 12/1/14*

Charles C. Ashdown (0037269)
Strauss & Troy Co., LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati OH 45202-4018
(513) 621-2120 – Telephone
(513) 629-9426 – Facsimile
*Trial Co-Counsel for Defendants Joseph O. Zang,
Mary Zang, Joseph Zang Custom Builders and
Zang General Contractors, Inc.*

*Donald Roberts /KAP per email auth. 12/1/14*

Donald Roberts, Esq.
DW Roberts Law Office
2027 Tuckaway Court
Columbus, Ohio 43228
*Pro Se Third Party Defendant*

4835-7550-4672