IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Catherine J. Zang, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv884 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Joseph Zang, et al., : | |
| : | |
| Defendant(s), : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on November 17, 2014 (Doc. 196), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 4, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the motion of Defendants Zang General Contractors, Inc and of Joseph Zang Custom Builders for summary judgment (Doc. 179) is **GRANTED.**

The pro hac vice status of Defendant Joseph C. Zang's counsel, Andrew M. Smith is **REVOKED.**

One or more substantial sanctions will be imposed upon Defendant Joseph C. Zang based upon his conduct in this litigation to date, including but not limited to his repeated failure to comply with his discovery obligations.

Specifically, the Court prohibits Joseph C. Zang from introducing any evidence on his behalf not previously provided to plaintiffs, including his own testimony, or alternatively, will strike the portion of the answer (Doc. 8) that relate to Joseph C. Zang or render a default

judgment against Joseph C. Zang.

*See generally* Rule 37(b)(2)(A)(ii), (iii), and (vi), Fed. R. Civ. P.

IT IS SO ORDERED.

                                             ___s/Susan J. Dlott_____  
                                             Judge Susan J. Dlott  
                                             United States District Court